# UNITED STATES DISTRICT COURT
## District of Minnesota

Hector Miguel Rodriquez Vasquez

Petitioner,

v.

Pamela Bondi, Kristi Noem,
Todd M. Lyons, and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00576-DSD-LIB**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The petition for writ of habeas corpus [ECF No. 1] is granted as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226;

2. Respondents shall provide petitioner a bond hearing in accordance with 8 U.S.C. § 1226(a)(2)(A) within seven days of the date of this order;

3. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, petitioner must be immediately released from

detention;

4. Respondents are enjoined from removing, transferring, or otherwise facilitating the removal of petitioner from the District of Minnesota before the bond hearing; and

5. Upon petitioner's release, respondents shall return to him any employment authorization documentation and any other identification documentation seized on his arrest

Date: 1/28/2026

KATE M. FOGARTY, CLERK